ISADORE E. BLACK et al., Doing Business as MARYTA REALTY CORP., Landlords, Appellants, *v.* GENERAL WIPER SUPPLY Co., INC., et al., Tenants, Respondents.

Supreme Court, Appellate Term, Second Department, December 20, 1951.

*Isidore Minkin* for appellants.

*Victor Konow* for respondents.

Final order affirmed, with $25 costs.

Concur: FENNELLY, HOOLEY and WALSH, JJ.